## WILLLIAM A. ALLEN *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner William A. Allen for certification for appeal from the Appellate Court, 41 Conn. App. 911 (AC 14684), is denied.

*David B. Rozwaski,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 8, 1996

## GEORGE ALTIERI, JR., ET AL. *v.* WESTINGHOUSE ELEVATOR COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 41 Conn. App. 912 (AC 14668), is denied.

*Michael A. Stratton,* in support of the petition.

*Karen Keefe Clark,* in opposition.

Decided July 8, 1996